IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NEDOLANDEZ SANTOS,            )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:25cv724-MHT
                              )               (WO)
MS. JERRETT, et al.,          )
                              )
     Defendants.              )
```

**ORDER VACATING FILING FEE ORDER AND DISMISSING CASE**

On September 26, 2025, the court informed plaintiff about the requirement of paying the full filing fee for this case and afforded plaintiff 14 days in which to dismiss this case and request that he not be required to pay the filing fee.  *See* September 26, 2025 Order (Doc. 5) ("If Plaintiff does not wish to proceed with this case on such terms[, *i.e.*, with a requirement to pay the full $350 filing fee over time], he may voluntarily request dismissal and that no filing fee be collected. ... [A]ny request for a voluntary dismissal requesting that no filing fee be collected must be filed within 14 days of this Order.").  On October 8,

2025, plaintiff timely filed two motions to dismiss (Doc. 6 and Doc. 7) this case requesting that he be excused from paying the filing fee. The court construes plaintiff's motions to dismiss as notices of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Pursuant to the notices of dismissal (Doc. 6 and Doc. 7), and because plaintiff expressed in his first notice of dismissal (Doc. 6) that he is unable to afford the filing fee, it is ORDERED that:

(1) The September 26, 2025 order (Doc. 5) is vacated to the extent it directs those persons having custody of plaintiff to withhold funds from plaintiff's inmate account for payment of the filing fee in this case. No funds shall be collected from plaintiff for the payment of any portion of the filing fee associated with this case.

(2) This case is dismissed without prejudice.

**The clerk of court is DIRECTED to furnish a copy of this order to the account clerk at the facility where plaintiff is incarcerated.**

**This case is closed.**

**DONE, this the 8th day of October, 2025.**

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**